*Ziba O. Slocum, Edwin D. McGuinness & John Doran*, for appellant.

*Charles A. Wilson & Thomas A. Jenckes*, for appellee.

16   727.
24   182.

JAMES J. DEIGNAN *vs.* THE BOARD OF LICENSE COMMISSIONERS OF THE CITY OF PROVIDENCE.

Licenses granted under Pub. Laws R. I. cap. 816, of August 1, 1889, cannot be revoked under § 11 of said chapter without informing the license holder of the nature or cause of the accusation against him, and without producing witnesses against him.

PETITION for a writ of *certiorari.*

The petitioner alleged that he received in September, 1889,

from the Board of License Commissioners of the city of Providence, a license to sell spirituous liquors; that the Board revoked his license January 16, 1890, and in so doing acted illegally, because :

1. The license was not revoked by due process of law.

2. The petitioner was never informed of the nature or cause of the accusation against him, and no witness ever appeared against him.

3. The proceedings of the Board in revoking his license were illegal.

Pub. Laws R. I. cap. 816, of August 1, 1889, under which the license was granted, provide in § 11:

" SECT. 11.  If any licensed person shall be convicted of the violation of any of the provisions of this chapter, his bond shall be put in suit by the town or city treasurer of the town or city where such bond is given, and by due process of law the penal sum thereof be recovered for the use of such town or city.  If any such licensed person shall permit the house or place where he is licensed to sell liquors under the provisions of this chapter to become disorderly, so as to annoy and disturb the persons inhabiting or residing in the neighborhood thereof, or shall permit any gambling or unlawful gaming to be carried on therein, or shall permit any of the laws of the State to be violated therein, in addition to any penalties which may be prescribed by statute for such offences, he may be summoned before the said council or commissioners, when he and the witnesses for and against him may be heard; and if it shall be made to appear, to the satisfaction of said council or commissioners, that such licensed person has violated any of the provisions of this chapter, then said council or commissioners shall revoke his license, and such licensed person shall cease to have any authority thereunder, and shall thereafter be disqualified for holding any of the licenses provided for herein in the State for the period of five years."

The petitioner asked that a writ of *certiorari* might issue to the Board of License Commissioners, that their record relative to the revocation of his license might be presented to this court, and that the proceedings of revocation might be quashed.

*February* 21, 1890.  PER CURIAM.  The court is of opinion

that the second reason assigned for the issuing of a writ of *certiorari* is sufficient.    The writ will issue.        *Petition granted.*

*John M. Brennan*, for petitioner.

*Cyrus M. Van Slyck*, Assistant City Solicitor of the city of Providence, for respondents.